# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cr526-1 | **DATE** | 7/3/08 |
| **CASE TITLE** | USA vs. Xavier Herrera | | |

**DOCKET ENTRY TEXT**

Defendant Xavier Herrera, an active member of the East Hammond, Indiana Police Force is to be segregated from the general population of defendants housed at the Metropolitan Correctional Center as much as is practicable. The U.S. Marshal is to deliver a copy of this order to the Warden of the Metropolitan Correctional Center forthwith.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|