# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | July 3, 2008 JUL 03 2008 | LOCATION NUMBER |
|---|---|---|---|---|---|---|

IN THE CASE OF

United States vs. Xavier Herrera    FOR    AT

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

☒ ILNC

| | | DOCKET NUMBERS |
|---|---|---|

PERSON REPRESENTED (Show your full name)

Xavier Herrera

| | |
|---|---|
| 1 ☒ Defendant—Adult | Magistrate |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | District Court 08 CR 526-1 |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | Court of Appeals |

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

21 USC 846

| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: East Chgo Police Dept

IF YES, how much do you earn per month? $ 4,000

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ 1,000.00

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

RECEIVED          SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 800

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ owes 18,000 has only made 2 payments

DESCRIPTION Toyota Tundra '08

Also home - unknown equity.

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents 4

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditor | | |
|---|---|---|---|
| home | | $ 20,000 | $ 777.00 |
| car | | $ 18,000 | $ 360.00 |
| Motorcycle | | $ 11,000 | $ 250.00 |
| credit card | | $ 31,000 | $ |
| utilities | | (3,600) | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) July 3, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Xavier Herrera

Debt lives paycheck to paycheck.

High School - $ 6,700 tuition
College - $ 20,000

Supports son sends 3-500 a mth.