# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
U.S. V. HERRERA, ET AL

Case Number: 08cr00526

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Xavier Herrera

| |
|---|
| NAME (Type or print) <br> Frank Cece, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Frank Cece, Jr. |
| FIRM <br> Law Offices of Frank Cece, Jr. |
| STREET ADDRESS <br> 53 W. Jackson Blvd., Suite 1460 |
| CITY/STATE/ZIP <br> Chicago Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6206714 | TELEPHONE NUMBER <br> 312.922.0400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✔    APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Appearance by Frank Cece, Jr. filed on behalf of Defendant, Xavier Herrera, was served on July 9, in accordance with Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/Frank Cece, Jr.
**FRANK CECE, JR.**