# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 526 - 1 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Xavier Herrera | | |

**DOCKET ENTRY TEXT**

Case called for status hearing. Donna Hickstein-Foley is given leave to withdraw her appearance as defendant's counsel. Frank Cece, Jr. is given leave to file his appearance as retained counsel. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the district court for further proceedings. Detention hearing continued to 7/11/08 at 1:00 p.m. at the request of the parties.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|