Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 526 - 1 | **DATE** | 7/11/2008 |
| **CASE TITLE** | USA vs. Xavier Herrera | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Bond hearing held. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

2008 JUL 11 PM 4:56

U.S. DISTRICT COURT CLERK

FILED