# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 526 - 1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | USA vs. Xavier Herrera | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16.1(A) conference to be held on or before 08/11/08. Pretrial motions shall be filed on or before 08/25/08. Response to pretrial motions shall be filed on or before 09/08/08. Reply to pretrial motions shall be filed on or before 09/22/08. Status hearing before Judge Manning is set for 08/26/08 at 11:00 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|