**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                            Case No.: 1:08–cr–00526
                                           Honorable Blanche M. Manning

Xavier Herrera, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: as to defendants, Xavier Herrera, Juan Gutierrez, and Fedrick Farmer; On the Court's own motion, status hearing set for 8/26/2008 is stricken and reset to 9/9/2008 at 11:00 A.M. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1) and U.S. v. Tibboel, 753 F.2d 608 (7th Cir. 1985). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.